# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| **KIRAN KUMAR CHANDRA SHEKAR**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**ACCURATE BACKGROUND, INC.**,<br><br>*Defendant*. | No. 2:17-cv-00585-LA<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER DIRECTING NOTICE TO THE CLASS** |

NOW COMES Plaintiff Kiran Kumar Chandra Shekar, by his undersigned counsel, and moves this Honorable Court to enter the proposed Order Directing Notice to the Class. In support whereof, Plaintiff relies upon the contemporaneously filed Memorandum of Law, the Settlement Agreement attached thereto, and its exhibits.

DATED: December 21, 2020

Respectfully submitted,

**KIRAN KUMAR CHANDRA SHEKAR**, *by his attorneys*,

/s/John Soumilas
James A. Francis
John Soumilas
Jordan M. Sartell
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
jsartell@consumerlawfirm.com

Larry P. Smith
David M. Marco
**SMITHMARCO PC**
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-324-3532
Fax: 888-418-1277
lsmith@smithmarco.com
dmarco@smithmarco.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 21, 2020, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/John Soumilas*
                                              John Soumilas