UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| **KIRAN KUMAR CHANDRA SHEKAR**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**ACCURATE BACKGROUND, INC.**,<br><br>*Defendant*. | No. 2:17-cv-00585-LA<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

NOW COMES Plaintiff Kiran Kumar Chandra Shekar, by his undersigned counsel, and moves this Honorable Court to enter the proposed Order finally approving the class action settlement in this matter. In support whereof, Plaintiff relies upon the contemporaneously filed memorandum of law.

DATED:  May 14, 2021

Respectfully submitted,

**KIRAN KUMAR CHANDRA SHEKAR**,
*by his attorneys*,

<u>/s/John Soumilas</u>
James A. Francis
John Soumilas
Jordan M. Sartell
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
jsartell@consumerlawfirm.com

Larry P. Smith
David M. Marco
**SMITHMARCO PC**
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-324-3532
Fax: 888-418-1277
lsmith@smithmarco.com
dmarco@smithmarco.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2021, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/John Soumilas*
John Soumilas